UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Elaine M. Clark,<br><br>Plaintiff,<br><br>v.<br><br>Focus Receivables Management, LLC<br>c/o CT Corporation System<br>1201 Peachtree Street, N.E.<br>Atlanta, GA 30361,<br><br>Defendant. | Case No.<br><br><br><br>**COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**<br><br><br>**Jury Demand Requested** |

Now comes Plaintiff, by and through her attorneys, and, for his Complaint, alleges as follows:

### JURISDICTION AND VENUE

1- This Court has jurisdiction under 28 U.S.C. §1331 and §1337, 15 U.S.C. § 1692k(d).

2- Venue in this District is proper because defendant transacts business here.

### PARTIES

3- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the õDebtö).

4- Plaintiff is a resident of the State of the Illinois.

5- Defendant is a corporation with its principal office in the State of Georgia.

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

9- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

## FACTS COMMON TO ALL COUNTS

10- On or around September 16, 2013, Defendant communicated with Plaintiff.

11- During this communication, Defendant refused to provide any information to Plaintiff unless Plaintiff verified her identity.

12- During this communication, Plaintiff confirmed her address and last four digits of her social security number.

13- During this communication, after Plaintiff confirmed her information, Defendant stated that it was calling about a debt and falsely represented that Plaintiff would be sued if Plaintiff did not agree to pay the Debt.

14- Defendant damaged Plaintiff.

15- Defendant violated the FDCPA.

## COUNT I

16- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

17- Defendant violated 15 USC § 1692e(5) by threatening to take action that could not be legally taken at the time.

## COUNT II

18- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

19- Defendant violated 15 USC § 1692e(5) by threatening to take action that Defendant did not intend to take at the time.

## COUNT III

20- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

21- Defendant violated 15 USC §1692e(10) by using false representation or deceptive means to collect a debt.

## COUNT IV

22- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

23- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to collect, or attempt to collect, a debt.

## JURY DEMAND

24- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

25- Plaintiff prays for the following relief:

a- Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

b- Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c- Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d- Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Meier LLC

By: *Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
Richard@meierllc.com
*Attorney for Plaintiff*